**Order filed, November 29, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-01014-CV
_____

### BAYLOR COLLEGE OF MEDICINE, Appellant

### V.

### CINDI C. DAVIES AND JOHN DAVIES, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-05395**

## ORDER

The reporter's record in this case was due **November 26, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Delicia Struss**, the substitute court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM